UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE YARBROUGH and STEPHANIE WILLIAMS, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| EAST WAKE FIRST CHARTER SCHOOL and MICHAEL LESTER, | ) ) ) ) ) | 5:14-CV-188-D |
| Defendants. | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered February 24, 2015, defendant's partial motion to dismiss is GRANTED. Defendant Michael Lester is dismissed as a defendant.

Pursuant to the stipulation of dismissal filed by the parties on June 1, 2015, and November 18, 2015, all claims of plaintiffs against East Wake First Charter School are dismissed. This case is closed.

**This judgment filed and entered on December 8, 2015, and served on:**

Denise S. Cline         (via CM/ECF Notice of Electronic Filing)
Kelly Tillotson Ensslin    (via CM/ECF Notice of Electronic Filing)
Dan McCord Hartzog, Jr.   (via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog     (via CM/ECF Notice of Electronic Filing)

JULIE RICHARDS JOHNSTON, CLERK

December 8, 2015

   /s/Crystal Jenkins
By: Deputy Clerk